IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
U.S. Magistrate Judge Craig B. Shaffer

Civil Action No. 04-cv-01504-MSK-CBS

DAVID B. TONCRAY,

      Plaintiff,

v.

TATE & LYLE NORTH AMERICAN SUGARS, INC.; TATE & LYLE NORTH AMERICA, INC.; TATE & LYLE NORTH AMERICA PENSION PLAN; TATE & LYLE NORTH AMERICA SAVINGS AND INVESTMENT PLAN; TATE & LYLE NORTH AMERICA GROUP HEALTH CARE PLAN

      Defendants.

---

## ORDER

---

The Court, having reviewed the pleadings, the file and relevant authorities, hereby

**GRANTS** the Joint Stipulated Motion to Amend Scheduling Order and Continuance of

Settlement Conference (filed October 3, 2005; *doc. no. 31*) and **ORDERS** that the Scheduling

Order be modified as follows:

      Discovery Cut-Off:      **January 5, 2006**

      Dispositive Motion Deadline:      **January 31, 2006**

ORDERED that the Settlement Conference for October 17, 2005 is **VACATED**. Counsel

are to create a conference call and contact the Court at 303.844.2117; within five (5) days to

obtain a new date for the Settlement Conference.

1

2

DATED this 3rd day of October, 2005.

BY THE COURT:


s/Craig B. Shaffer
Craig B. Shaffer
United States Magistrate Judge