IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 04-cv-01504-MSK-CBS

DAVID B. TONCRAY,

    Plaintiff,

v.

TATE & LYLE NORTH AMERICAN SUGARS, INC.,
TATE & LYLE NORTH AMERICA, INC.,
TATE & LYLE NORTH AMERICA PENSION PLAN,
TATE & LYLE NORTH AMERICA SAVINGS AND INVESTMENT PLAN,
TATE & LYLE NORTH AMERICA GROUP HEALTH CARE PLAN,

    Defendants.

_____

**ORDER TO CLOSE CASE**
_____

    THIS MATTER having come before the Court, *sua sponte,* and the record revealing that the matter has been concluded,

    IT IS ORDERED that the Clerk shall close the case.

    Dated this 24th day of February 2006.

                                                  **BY THE COURT:**

                                                 */s/ Marcia S. Krieger*
                                                 _____
                                                 Marcia S. Krieger
                                                 United States District Judge